*Richard H. Templeton* and *Wilber E. Houpt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

MICHAEL J. CALLANAN et al., Appellants, *v.* THE STATE OF NEW YORK, Respondent.

*State — claim against state for expense of procuring workmen's compensation insurance in performance of contract with state owing to passage of Workmen's Compensation Law while work was in progress.*

*Callanan* v. *State of New York*, 195 App. Div. 944, affirmed. (Argued June 9, 1922; decided July 12, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 11, 1921, which affirmed a judgment of the Court of Claims dismissing a claim against the state, filed pursuant to the provisions of chapter 607 of the Laws of 1918. The claim was based upon the following facts: On September 5, 1913, the firm of Laing & Horton entered into a contract with the state to construct a state highway; thereafter and on the 5th day of October, 1913, with the consent of the state authorities, they duly assigned this contract to these claimants, who performed all the work provided for therein; that after said contract was made and after its assignment to these claimants, and while the work was in progress, chapter 816 of the Laws of 1913 was enacted and this statute was re-enacted on March 16, 1914, taking effect July 1, 1914, all of which dates were before the completion of said work, and that thereby claimants were compelled to procure workmen's compensation. insurance and were damaged to an extent not reasonably to be anticipated when said contract was made or assigned to these claimants.

*Charles B. Sullivan* for appellants.

*Charles D. Newton, Attorney-General (Henry C. Henderson* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., and McLAUGHLIN, J.

---

VINCENT ALBANO, an Infant, by VINCENT F. ALBANO, His Guardian ad Litem, Respondent, *v.* J. F. TAPLEY & Co., INC., Appellant.

VINCENT F. ALBANO, Respondent, *v.* J. F. TAPLEY & Co., INC., Appellant.

*Negligence — child run over by electric truck left unattended in street and started by children.*

*Albano v. Tapley & Co., Inc.*, 199 App. Div. 916 (2 cases), affirmed. (Argued June 12, 1922; decided July 12, 1922.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 15, 1921, affirming a judgment in favor of plaintiff entered upon a verdict. The first action was to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The second action was by the father of the plaintiff in the first action to recover for loss of services. The complaint alleged that on the 7th day of August, 1920, while the plaintiff, five years old, was upon the northerly sidewalk at the curb, in front of 505 West Forty-first street, adjusting his shoe, the defendant's electric truck, which had been left unattended by its driver in front of such premises, was started by children, and the rear right wheel crushed his foot.

*Bernard J. Vincent, Alden Chester, Gormly J. Sproull* and *James E. Woods* for appellant.

*William M. Parke, Edgar T. Brackett, Louis H. Schleider* and *Leonard F. Fish* for respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., on ground of the admission of improper evidence.